**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE PEREZ, | ) Case No.: 1:14-cv-00914 - JLT |
| Plaintiff, | ) |
| | ) ORDER DISCHARGING ORDER TO SHOW |
| v. | ) CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

Jacqueline Perez ("Plaintiff") initiated this action by filing a complaint for judicial review of the administrative decision denying her application for Social Security benefits on June 14, 2014. (Doc. 1.) Because Plaintiff failed to serve the defendant with the summons and complaint in this action, the Court issued an order to show cause why the action should not be dismissed for failure to prosecute. (Doc. 6.) In response, Plaintiff filed a proof of service, indicating the Commissioner of Social Security was served with the summons and complaint on September 22, 2014. (Doc. 7.) Accordingly, the Court's order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **October 6, 2014**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE