# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:14-cv-00914- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

On May 21, 2015, the parties stipulated for Defendant to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 14.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to Plaintiff's opening brief on or before **June 24, 2015**.

IT IS SO ORDERED.

Dated: **May 22, 2015**          /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE

1